**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-00332-REB-CBS

SCOTT HILL, individually,
THE ESTATE OF APRIL HILL, Scott Hill, Personal Representative,
JOHN PAUL, Conservator for the Estate of Hope Paul, a minor,
SCOTT HILL, Conservator for the Estate of Katelyn Hill, a minor,
GARRY SCOGGINS, Co-Conservators for the Estate of Dennis Scoggins, a minor, and
DIANA SCOGGINGS, Co-Conservators for the Estate of Dennis Scoggins, a minor,

      Plaintiffs,

v.

WESTERN DOOR, a division of LUMBER PRODUCTS, INC., a foreign corporation,
doing business in Colorado, and
CRISTOBAL BONILLA,

      Defendants.

---

MINUTE ORDER[1]

---

     The matter before the court is Plaintiffs' Motion to Compel the Attendance of Defendant Western Door's Agents at Trial [#165] filed June 5, 2006.  The defendants have stated on the record that they will produce the five witnesses whose attendance at trial the plaintiff seeks to compel.  These witnesses are Dottie Lunceford, Peggy Nydegger, Mike Richmond, Keri Thurston, and Terrrence Darby.  Based on the defendants' representation, the plaintiffs' motion to compel attendance at trial [#176] is granted on the condition that the plaintiffs shall supply to counsel for the defendants the date and time on which each named witness must appear at trial.  The plaintiffs shall provide this information to counsel for the defendants on or before Tuesday, **June 13, 2006**, at 5:00 p.m. MST.

     IT IS FURTHER ORDERED that Defendants' Motion for Leave to File Trial Brief in Excess of Page Limitation [#179] filed on June 9, 2006, is GRANTED and same is accepted for filing.

     IT IS FURTHER ORDERED that to the extent that docket number 180 can be

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

read as a motion for approval of the plaintiffs' proposed jury questionnaire, the motion is DENIED.  The court will prepare a juror questionnaire.

Dated:  June 12, 2006

---------------------------------------------------------------------------------------------------------------------