**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-00332-REB-CBS

SCOTT HILL, individually,
THE ESTATE OF APRIL HILL, Scott Hill, Personal Representative,
JOHN PAUL, Conservator for the Estate of Hope Paul, a minor,
SCOTT HILL, Conservator for the Estate of Katelyn Hill, a minor,
GARRY SCOGGINS, Co-Conservators for the Estate of Dennis Scoggins, a minor, and
DIANA SCOGGINGS, Co-Conservators for the Estate of Dennis Scoggins, a minor,

    Plaintiffs,

v.

WESTERN DOOR, a division of LUMBER PRODUCTS, INC., a foreign corporation, doing business in Colorado, and
CRISTOBAL BONILLA,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulation to Dismiss With Prejudice** [#189], filed July 19, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation to Dismiss With Prejudice** [#189], filed July 19, 2006, is **APPROVED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for June 2, 2006, is **VACATED**;

    4.  That the jury trial set to commence June 19, 2006, is **VACATED**; and

    5.  That any pending motion is **DENIED** as moot.

Dated July 20, 2006, at Denver, Colorado.

                    **BY THE COURT:**

                    **s/ Robert E. Blackburn**
                    **Robert E. Blackburn**
                    **United States District Judge**